# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Woodbridge Group of Companies, LLC, et al., : : : Debtors. : _____ : LISE DE LA ROCHELLE et al., : : Appellants, : : v. : : WOODBRIDGE GROUP OF : COMPANIES, LLC, et al., : : : Appellees. : | C. A. No. 18-1555-LPS Bankruptcy Case No. 17-12560 ADV No. 18-50371 BAP No. 18-48 |

## **RECOMMENDATION**

At Wilmington this **29th** day of **October, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel through a letter dated October 24, 2018, to determine the appropriateness of mediation in this matter;

WHEREAS, although the parties disagree on the appropriateness of mandatory mediation in this matter, as a result of the above screening process, the positions of the parties are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties further advised that if this Court does not order or require mediation, they request the opportunity to meet and confer regarding the briefing schedule.  opted,

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  Through this Recommendation, the parties are advised of their right to file objections pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

IT IS FURTHER RECOMMENDED, that, should this Recommendation be adopted , the parties be provided the opportunity to meet and confer regarding a briefing schedule and file their proposed briefing schedule within twenty-one (21) days of the decision of the District Court on this Recommendation.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge